UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA STEVENS; LARRY McNAIR,

                Plaintiffs,

-against-

J&F GOURMET DELI, et al.,

                Defendants.

1:19-CV-7445-CM

CIVIL JUDGMENT

Pursuant to the order issued November 13, 2019, dismissing this complaint for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this complaint is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

Dated: November 13, 2019
       New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge